WWR # 10002255

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT MORTGAGE SECURITIES, INC., ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2006-W2, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006<br>      Plaintiff<br><br>vs.<br><br>DONNELL L. COOPER, et al.<br><br>      Defendants | CASE NO. 1:07-CV-515<br><br>JUDGE:  OLIVER<br><br><br><br><br><br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE  OLIVER

  The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Rule 58 of the Federal Rules of Civil Procedure.

  IT IS SO ORDERED.

  DATE: 10/22/2007

           /s/SOLOMON OLIVER, JR.

          UNITED STATES DISTRICT JUDGE